UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DUNN,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO HOUSING AUTHORITY, et al.,<br><br>    Defendants. | Case No. 17-cv-07368-HSG<br><br>**ORDER DISMISSING THE CASE WITHOUT PREJUDICE** |

On January 8, 2018, the Court denied without prejudice Plaintiff Ronald Dunn's motion to proceed in forma pauperis. Dkt. No. 4. The Court made clear in its order that Plaintiff had 60 days from the date of its order to file a renewed motion to proceed in forma pauperis. *See id.* at 1. The Court stated that failure to adhere to this deadline would result in the dismissal of this action without prejudice. *Id.* at 1-2. Because Plaintiff did not file a renewed motion to proceed in forma pauperis by the deadline (and has not done so to date), and has not paid the filing fee, this action is dismissed without prejudice. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 3/27/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge